## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JAVIER MORALES-LANDA<br><br>　　　　　　　　　　Defendant. | Case No. 13CR4313-BTM-GT<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>JUN 22 2015<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

X  the Court has dismissed the case pursuant Ninth Circuit Court Appeals Mandate and Memorandum (#14-50460)

__ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

X  of the offense(s) as charged in the Information:

8 USC 1326(a),(b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 6/22/2015

　　　　　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　fo/　Hon. Barry T. Moskowitz
　　　　　　　　　　　　　　　　　United States District Judge